UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br>*Kennedy v. Monsanto Co.*,<br>Case No. 3:24-cv-01622-VC<br><br>*Johnson v. Monsanto Co.*,<br>Case No. 3:19-cv-04017-VC | **ORDER GRANTING MONSANTO'S MOTIONS FOR SUMMARY JUDGEMENT**<br>Re: Dkt. Nos. 20742, 20743 |

Monsanto has filed motions for summary judgement in the above-captioned cased because plaintiffs have failed to produce an expert for specific causation. Plaintiffs have not submitted a response, and the opposition deadline has passed. Accordingly, the motions are granted.

Judgement is entered in Monsanto's favor.

**IT IS SO ORDERED.**

Dated: July 15, 2025

VINCE CHHABRIA
United States District Judge